**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| Doris M. Thomas | : | |
| | : | |
| Debtor | : | Bankruptcy No :  18-15394-jkf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8/16/18 , this case is hereby DISMISSED.

Date: August 31, 2018

Dated:

_____
Judge Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:   Certificate of Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)