United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15394-jkf
Doris M. Thomas                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 1           Date Rcvd: Aug 31, 2018
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
```
db             +Doris M. Thomas,    2404 W. 4th St.,    Chester, PA 19013-2338
14182662        Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas TX 75265-0091
14182661       +PECO Energy,    2301 Market Street,    P.O. Box 13778,    Philadelphia PA 19101-3778
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 01 2018 01:50:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2018 01:49:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2018 01:50:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Doris M. Thomas | : | |
| | : | |
| Debtor | : | Bankruptcy No : 18-15394-jkf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8/16/18 , this case is hereby DISMISSED.

**Date: August 31, 2018**

Dated:

Judge Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:    Certificate of Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)